```
                    UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

SANDRA RED BEAR, et al.,          )
                                  )
        Plaintiffs,               )
                                  )
        v.                        )    NO.  3:09-0544
                                  )    Judge Echols/Bryant
CSX TRANSPORTATION, INC.,         )    Jury Demand
                                  )
        Defendants.               )
```

### O R D E R

Plaintiffs have filed their motion to be allowed to file under seal their motion to approve a wrongful death settlement (Docket Entry No. 15).  As grounds for their motion, the parties state merely that they "have agreed that the substance of the settlement agreement is to remain confidential."

As a general rule, case law within the Sixth Circuit disfavors the sealing of documents submitted to the Court, especially when such documents form the basis for an adjudication by the Court.  See, e.g., Brown & Williamson Tobacco Corp. v. FTC, 710 F.2d 1165, 1177-81 (Sixth Cir. 1983).  The parties' joint motion here cites no reason why these documents should be filed under seal other than the parties' agreement that they should be sealed.  Absent any grounds justifying sealing of these documents, the undersigned Magistrate Judge **DENIES** the parties' motion for leave to seal their settlement documents.

It is so **ORDERED**.

                                  s/ John S. Bryant
                                  JOHN S. BRYANT
                                  United States Magistrate Judge