IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SANDRA RED BEAR, SURVIVING SPOUSE ) | | |
| OF MARCUS RED BEAR, DECEASED, ET AL ) | | |
| ) | | |
| **Plaintiffs,** ) | | |
| ) | | |
| VS. ) | No. 3:09-CV-544 | |
| ) | Judge Echols | |
| CSX TRANSPORTATION, ) | Magistrate Judge Bryant | |
| ) | | |
| **Defendant.** ) | | |

## MOTION TO INTERVENE OF J.B. BONELLI

Pursuant to F.R.C.P. 24(a)(2), J. B. Bonelli moves the Court for permission to intervene in this case in order to ensure that his contractual interest and claim on this litigation are protected. As plaintiffs recognize in their motion to approve the settlement in this case, Mr. Bonelli has a contractual interest in an award or settlement of this action. Mr. Bonelli should be permitted to intervene pursuant to F.R.C.P. 24(a)(2).

Respectfully submitted,

/s/ Stephen W. Grace
Stephen W. Grace, (TN BPR No. 14867)
1019 16th Avenue, South
Nashville, Tennessee 37212
(615) 255-5225
Attorney for Movant J.B. Bonelli