IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDRA RED BEAR, individually, as surviving spouse of Marcus Red Bear, deceased, and as the mother and guardian of minors Allyssa Red Bear, Marcus Red Bear, Jr., Malani Red Bear, Gabrielle Red Bear, Eden Red Bear, Camieo Red Bear, Mariah Red Bear, and Achilles Red Bear, <br><br> Plaintiff, <br><br> v. <br><br> CSX TRANSPORTATION, INC., <br><br> Defendant. | Civil No. 3:09-0544 <br> Judge Trauger <br> Magistrate Judge Bryant |

## O R D E R

Upon reassignment of this case to Judge Trauger (Docket No. 23), it is hereby

**ORDERED** that the case shall remain on referral to the Magistrate Judge.

It is so **ORDERED**.

ENTER this 2nd day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge