Motion GRANTED.

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SANDRA RED BEAR, SURVIVING SPOUSE OF MARCUS RED BEAR, DECEASED, INDIVIDUALLY, AND SANDRA RED BEAR AS THE MOTHER AND GUARDIAN OF MINORS ALLYSA RED BEAR, MARCUS RED BEAR, JR. MALANI RED BEAR, GABRIELLE RED BEAR, CAMIEO RED BEAR, MARIAH RED BEAR, AND ACHILLES RED BEAR, CHILDREN OF THE DECEASED, <br><br>    Plaintiffs, <br><br> vs. <br><br> CSX TRANSPORTATION, INC., <br><br>    Defendant. | NO.: 3:09-CV-544 <br><br> Judge Echols/Magistrate Bryant |

**MOTION FOR ORDER ALLOWING
FILING UNDER SEAL FOR REVIEW BY THE COURT**

Comes Defendant, CSX Transportation, Inc., by counsel, and respectfully moves the Court for an Order allowing CSXT to file the settlement agreement in this case under seal to be opened and reviewed by the Court in conjunction with Plaintiff's pending motion to approve minor's settlement. This settlement release and agreement contains the terms of the settlement that the Court needs to review and consider. The movant seeks filing under seal in order to preserve (outside of the proper needs of this proceeding) a confidentiality agreement therein. Movant respectfully moves the Court to protect the agreed confidentiality in these proceedings to the extent provided by law.