Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SANDRA RED BEAR, SURVIVING SPOUSE OF MARCUS RED BEAR, DECEASED, INDIVIDUALLY, AND SANDRA RED BEAR AS THE MOTHER AND GUARDIAN OF MINORS ALLYSA RED BEAR, MARCUS RED BEAR, JR. MALANI RED BEAR, GABRIELLE RED BEAR, CAMIEO RED BEAR, MARIAH RED BEAR, AND ACHILLES RED BEAR, CHILDREN OF THE THE DECEASED, <br><br>    Plaintiffs, <br><br>vs. <br><br>CSX TRANSPORTATION, INC., <br><br>    Defendant. | NO.: 3:09-CV-544 <br><br> Judge Tragher/Magistrate Bryant |

**PLAINTIFF'S MOTION TO HAVE PROPOSED ORDER APPROVING DISTRIBUTION OF SETTLEMENT PROCEEDS FILED UNDER SEAL**

COMES NOW Plaintiff, who, in compliance with the Court's statements at the September 10, 2010 hearing at which the settlement of this matter was approved, hereby moves to have her proposed order approving distribution of settlement proceeds and all subsequent filings related to that order filed under seal. As grounds therefor, Plaintiff states as follows:

1. At the September 10, 2010 hearing at which the settlement of this matter was approved, the Court stated that Plaintiff's counsel should circulate a proposed distribution order to all counsel of record, and stated that this proposed order should include language stating that the order and all subsequent filings relating to the order are to be filed under seal. These