IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDRA RED BEAR, individually, as ) <br> surviving spouse of Marcus Red Bear, deceased, ) <br> and as the mother and guardian of minors ) <br> Allyssa Red Bear, Marcus Red Bear, Jr., ) <br> Malani Red Bear, Gabrielle Red Bear, Eden ) <br> Red Bear, Camieo Red Bear, Mariah Red Bear, ) <br> and Achilles Red Bear, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CSX TRANSPORTATION, INC., ) <br> ) <br> Defendant. ) | Civil No. 3:09-0544 <br> Judge Trauger <br> Magistrate Judge Bryant |

**O R D E R**

It is hereby **ORDERED** that plaintiff's counsel shall file the itemization of expenses incurred in this case, for which they are seeking reimbursement, by October 4, 2010. This filing is not to be under seal, unless accompanied by a separate motion justifying the filing of these documents under seal.

It is so **ORDERED**.

ENTER this 27th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge